McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722



**FILED**

SEP 1 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2 0 8 - CR - 4 2 5 FCD |
| Plaintiff, | |
| | VIOLATIONS: 18 U.S.C. § 2320(a) - Trafficking in Counterfeit Goods or Services; and 18 U.S.C. § 2320(b)(1)(B) Criminal Forfeiture |
| v. | |
| MICHELLE BUNFILL, | |
| Defendant. | |

I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 2320(a) - Criminal Trademark Violations]

The United States Attorney charges: T H A T

MICHELLE BUNFILL,

defendant herein, in or about June 2006, through on or about

September 6, 2007, in the State and Eastern District of California,

did intentionally traffic and attempt to traffic in goods, namely

counterfeited handbags and wallets, knowingly using a counterfeited

mark on and in connection with such goods, to wit, the spurious

marks of Gucci, Coach, Prada, Burberry, Kate Spade, Chanel, and

1

others, which counterfeit marks were identical with and
substantially indistinguishable from genuine marks in use and
registered for those goods on the principal register in the United
States Patent and Trademark Office, the use of which marks was
likely to cause confusion, to cause mistake, and to deceive, in
violation of Title 18, United States Code, Section 2320(a).

FORFEITURE ALLEGATION: [18 U.S.C. § 2320(b)(1)(B) - Criminal
                        Forfeiture]

The Grand Jury further charges:

MICHELLE BUNFILL,

defendant herein, as follows:

Upon conviction of the offense alleged in this Indictment,
defendant MICHELLE BUNFILL, shall forfeit to the United States
pursuant to 18 U.S.C. § 2320(b)(1)(B), any property used, in any
manner or part, to commit or to facilitate the commission of the
said violation, including but not limited to the following:

        1.   Approximately 8 Chanel handbags,
        2.   Approximately 10 Chanel wallets,
        3.   Approximately 29 Coach handbags,
        4.   Approximately 44 Coach wallets,
        5.   Approximately 1 Coach watch,
        6.   Approximately 28 Gucci handbags,
        7.   Approximately 31 Gucci wallets,
        8.   Approximately 1 Gucci watch,
        9.   Approximately 3 Kate Spade handbags,
        10.  Approximately 1 Louis Vuitton belt,
        11.  Approximately 6 Louis Vuitton coin purses,
        12.  Approximately 1 Louis Vuitton handbag,

2

1  13. Approximately 1 Louis Vuitton key chain,

2  14. Approximately 2 pairs of Louis Vuitton sandals,

3  15. Approximately 22 Prada handbags,

4  16. Approximately 14 Tiffany & Co. bracelets,

5  17. Approximately 2 pairs of Tiffany & Co. earrings,

6  18. Approximately 5 Tiffany & Co. Necklaces,

7  19. Approximately 2 pairs Armani sunglasses,

8  20. Approximately 4 Bebe key chains,

9  21. Approximately 1 pair of Bebe sunglasses,

10  22. Approximately 21 pairs of Chanel earrings,

11  23. Approximately 18 pairs of Chanel sunglasses,

12  24. Approximately 3 pair of Christian Dior sunglasses,

13  25. Approximately 9 Coach key chains,

14  26. Approximately 21 Coach sunglasses,

15  27. Approximately 1 Coach watch,

16  28. Approximately 12 pairs of Doce & Gabbana sunglasses,

17  29. Approximately 1 Fendi duffle bag,

18  30. Approximately 3 pairs of Fendi sunglasses,

19  31. Approximately 5 Fendi wallets,

20  32. Approximately 7 Gucci handbags,

21  33. Approximately 23 pairs of Gucci sunglasses,

22  34. Approximately 1 Juicy Couture handbag,

23  35. Approximately 4 Kate Spade handbags,

24  36. Approximately 4 Louis Vuitton key chains,

25  37. Approximately 3 Louis Vuitton pens,

26  38. Approximately 7 pairs of Louis Vuitton sunglasses,

27  39. Approximately 14 Prada handbags,

28  40. Approximately 4 pair of Prada sunglasses,

3

1    41. Approximately 5 pair of Versace sunglasses,

2    42. Approximately 1 Chanel handbag,

3    43. Approximately 13 Coach handbags,

4    44. Approximately 1 Dolce Gabbana handbag,

5    45. Approximately 5 Gucci handbags,

6    46. Approximately 4 Gucci wallets,

7    47. Approximately 2 Kate Spade handbags,

8    48. Approximately 1 Louis Vuitton duffle bag,

9    49. Approximately 5 Prada handbags,

10   50. Approximately 1 Louis Vuitton check book,

11   51. Approximately 1 Louis Vuitton fanny pack,

12   52. Approximately 2 Louis Vuitton handbags,

13   53. Approximately 3 Louis Vuitton wallets,

14   54. Approximately 1 Burberry handbag,

15   55. Approximately 2 Chanel handbags,

16   56. Approximately 3 Chanel wallets,

17   57. Approximately 1 Christian Dior handbag,

18   58. Approximately 9 Coach handbags,

19   59. Approximately 1 Gucci handbag,

20   60. Approximately 7 Gucci wallets,

21   61. Approximately 2 Kate Spade handbags,

22   62. Approximately 1 Prada wallet,

23   63. Approximately 1 Louis Vuitton make-up case,

24   64. Approximately 2 Louis Vuitton wallets,

25   65. Approximately 1 Tod's handbag,

26   66. Approximately 7 Chanel handbags,

27   67. Approximately 1 pair Chanel sunglasses,

28   68. Approximately 1 Chanel wallet,

4

1            69. Approximately 15 Coach handbags,

2            70. Approximately 48 Coach make-up bags,

3             71. Approximately 15 Coach wallets,

4            72. Approximately 3 Dolce & Gabbana handbags,

5            73. Approximately 1 Fendi wallet,

6            74. Approximately 7 Gucci handbags,

7            75. Approximately 3 Gucci wallets,

8            76. Approximately 1 Louis Vuitton handbag,

9            77. Approximately 1 Louis Vuitton wallet,

10           78. Approximately 10 Prada handbags,

11           79. Approximately 2 Prada wallets.

12     If any property subject to forfeiture, as a result of the

13 offenses alleged in this Indictment cannot be located upon the

14 exercise of due diligence; has been transferred or sold to, or

15 deposited with, a third person; has been placed beyond the

16 jurisdiction of the Court; has been substantially diminished in

17 value; or has been commingled with other property which cannot be

18 subdivided without difficulty; it is the intent of the United

19 States, pursuant to 18 U.S.C. § 2320(b)(3)(B) incorporating 21

20 U.S.C. 853(p) to seek forfeiture of any other property of said

21 defendant up to the value of the property subject to forfeiture.

22 DATED: September 16, 2008       McGREGOR W. SCOTT
                              United States Attorney

23

24                              By: ROBIN R. TAYLOR

25                              Assistant U. S. Attorney

26

27

28

5

PENALTY SLIP
MICHELLE BUNFILL

COUNT 1:        18 U.S.C. § 2320(a) - Trafficking in Counterfeit
                Goods or Services

PENALTY:        Not more than $2 million first offense/
                    $5 million second offense,
                Not more than 10 years first offense/
                    20 years for second offense, or both
                TSR of 3 years

CRIMINAL
FORFEITURE:     18 U.S.C. §  2320(b)(1)(B)

PENALTY:        As Indicated in the Information

2 08 - CR -   42 5 FCD