```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  ) CR S-08-425 FCD
12                   Plaintiff,   )
                                  ) STIPULATION AND ORDER RESETTING
13             v.                 ) STATUS CONFERENCE AND EXCLUDING
                                  ) TIME UNDER THE SPEEDY TRIAL ACT
14  MICHELLE BUNFILL              )
                                  ) DATE: November 24, 2008
15                   Defendant.   ) TIME: 10:00 a.m.
    _____ ) CTRM: Honorable Frank C. Damrell, Jr.
16
```

17        The United States of America, through counsel of record,

18   Assistant United States Attorney Robin R. Taylor, and defendant

19   Michelle Bunfill, through her counsel of record, Curt Leftwich,

20   hereby submit this stipulation and proposed order resetting the

21   status conference scheduled for October 27, 2008, to November 24,

22   2008 at 10:00 a.m.

23        Defense counsel further requests that time be excluded from

24   October 27, 2008, to November 24, 2008 from computation of time

25   within which the trial of this case must be commenced, pursuant 18

26   U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel

27   reasonable time to prepare).  Mr. Leftwich represented that he needs

28   time review discovery, other evidence, and to confer with his client

1  about resolution of this case.  The defendant is is aware of the
2  request for continuance and approves of it.
3                                          Respectfully submitted,
4                                          McGREGOR W. SCOTT
                                            United States Attorney
5
6  Dated: October 21, 2008         By:     /s/ Robin Taylor
                                            ROBIN R. TAYLOR
7                                           Assistant U.S. Attorney
                                            Attorneys for Plaintiff
8
9  DATED: October 21, 2008         By:     /s/ Curt Leftwich
                                            CURT LEFTWICH
10                                          Attorney for Defendant

13                                  **ORDER**
14      For good cause shown above,
15      **IT IS SO ORDERED.**
16  DATED: October 23, 2008

17                                          FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE