1  LIBERTYBELL LAW GROUP
   CURTIS V LEFTWICH, ASSOCIATED COUNSEL
2  STATE BAR NO. 71630
   245 E OLIVE AVE
3  4TH FLOOR
   BURBANK CA 91502
4  Tel.: (818) 563-2355

5  FOR: Defendant: MICHELLE BUNFILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.   CR S-08-425-FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER SETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs., |  |
| MICHELLE BUNFILL, |  |
| Defendant. |  |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant MICHELLE BUNFILL, through her counsel of record, LIBERTYBELL LAW GROUP and associated counsel CURT LEFTWICH, hereby submit this stipulation and proposed order setting the change of plea hearing for January 20, 2009 at 10:00 a.m.

-1-

1    Defense counsel further requests that time be excluded from
2 November 24, 2008 to January 20, 2009 from computation of time
3 within which the trial of this case must be commenced, pursuant
4 to 18 U.S.C. Section 3161(h)(8)(B)(iv) so that the change of plea
5 hearing may occur on January 20, 2009.  The defendant is aware of
6 the request for excluding time under the Speedy Trial Act and
7 approves of it.

                                      Respectfully submitted,

                                      MCGREGOR W. SCOTT
                                      United States Attorney

Dated: November 17, 2008

                                      /s/ Robin Taylor
                                      ROBIN R. TAYLOR
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff

Dated: November 17, 2008

                                      /s/ Curt Leftwich
                                      CURT LEFTWICH
                                      Attorney for defendant

**IT IS SO ORDERED**

Dated: November 17, 2008

                                      HONORABLE FRANK C. DAMRELL. JR.
                                      UNITED STATES DISTRICT COURT