```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
MICHELLE BUNFILL
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 08-425 FCD |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| MICHELLE BUNFILL, | |
| Defendant. | |

Michelle Bunfill, through her counsel, Clyde M. Blackmon, and the United States of America, through its counsel Assistant U.S. Attorney Robin Taylor, hereby stipulate that the status conference in this matter which is now set for 10:00 a.m. on March 9, 2009, may be continued to 10:00 a.m. on April 6, 2009.

A plea agreement in this mater has already been signed by Ms. Bunfill and filed with the Court. A continuation of the status conference is necessary because efforts are being made to develop additional information which will be important to the Court's determination of a sentence to be imposed on Ms. Bunfill. Those efforts are not yet completed, and counsel believe that approximately 30 more days are needed to develop

- 1 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

that information.  Therefore, counsel requests that the status conference be continued to April 6, 2009.

The parties further stipulate that time may be excluded in this matter pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) (time for counsel to prepare) and Local Code T-4.

**IT IS SO STIPULATED:**

DATED:  March 6, 2009          _//s// Clyde M. Blackmon_
                               CLYDE M. BLACKMON
                               Attorney for Defendant
                               MICHELLE BUNFILL


DATED:  March 6, 2009          _//s// Robin Taylor_____
                               ROBIN TAYLOR
                               Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference in this matter scheduled for 10:00 a.m. on March 9, 2009, shall be continued to 10:00 a.m. on April 6, 2009. Pursuant to the Stipulation of the parties, time is excluded under 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T-4

**IT IS SO ORDERED.**

DATED: March 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE