1  J. PATRICK McCARTHY
   Attorney at Law, #41920
2  901 H Street, Suite 304
   Sacramento, CA   95814
3  (916) 442-1932

4
   Attorney for Defendant
5

6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9
                                    )   Case No.: 2:08-cr-00425-FCD
10 UNITED STATES OF AMERICA,        )
                                    )   ORDER FOR SUBSTITUTION OF
11                      Plaintiff,  )   ATTORNEY
                                    )
12      vs.                         )
                                    )
13 MICHELLE BUNFILL,                )
                                    )
14                      Defendant.  )

15

16      Defendant Michelle Bunfill hereby substitutes  J. PATRICK McCARTHY, #41920,

17 901 H Street, Suite 304, Sacramento, CA  95814,  as her attorney of record in place

18 and stead of CLYDE M. BLACKMON.

19 I request the above substitution.

20 Dated: April 1, 2009
                                         /s/ Michelle Bunfill
21                                      MICHELLE BUNFILL, Defendant

22

23 I consent to the above substitution.

24 Date: April 1, 2009
                                         /s/ J. Patrick McCarthy for
25                                      CLYDE M. BLACKMON


                    Order for Substitution of Attorney - 1

I hereby accept the above substitution.

Date: April 1, 2009     /s/ J. Patrick McCarthy
                        J. PATRICK McCARTHY

**IT IS SO ORDERED.**

Dated: April 1, 2009    _____
                        FRANK C. DAMRELL, JR.
                        UNITED STATES DISTRICT JUDGE