J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHELLE BUNFILL,<br><br>                Defendant. | Case No.: 2:08-CR-00425-FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  April 6, 2009<br>Time:  10:00 am<br>Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Robin Taylor, Assistant United States Attorney, attorney for Plaintiff; and J. Patrick McCarthy, attorney for Michelle Bunfill, that the current Status Conference for April 6, 2009 be vacated and a new date of May 11, 2009, at 10:00 a.m. be set for further status.

The continuance is being requested because Mr. McCarthy has just substituted into the case and needs time to properly evaluate information available to him.

It is further stipulated and agreed between the parties that the period beginning April 6, 2009 to May 11, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the  Speedy

Stipulation and Order- 1

Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Date: April 1, 2009                    Respectfully submitted,

        /s/ J. Patrick McCarthy
J. PATRICK McCARTHY,
Attorney for Defendant Michelle Bunfill

McGREGOR W. SCOTT
United States Attorney

        /s/ J. Patrick McCarthy for Robin Taylor
ROBIN TAYLOR, Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: April 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE