J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932


Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICHELLE BUNFILL,<br><br>                  Defendant. | Case No.: 2:08-CR-00425-FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  May 11, 2009<br>Time:  10:00 am<br>Hon. Frank C. Damrell, Jr. |

       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Robin Taylor, Assistant United States Attorney, attorney for Plaintiff; and J. Patrick McCarthy, attorney for Michelle Bunfill, that the current Status Conference for May 11, 2009 be vacated and a new date of June 22, 2009, at 10:00 a.m. be set for further status.

       It is further stipulated and agreed between the parties that the period beginning  May 11, 2009 to June 22, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the  Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is

an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Date: May 5, 2009         Respectfully submitted,


/s/ J. Patrick McCarthy
J. PATRICK McCARTHY,
Attorney for Defendant Michelle Bunfill


McGREGOR W. SCOTT
United States Attorney


/s/ J. Patrick McCarthy for Robin Taylor
ROBIN TAYLOR, Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: May 6, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE