1   J. PATRICK McCARTHY
    Attorney at Law, #41920
2   901 H Street, Suite 304
    Sacramento, CA   95814
3   (916) 442-1932

4

5   Attorney for Defendant

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   Case No.:  2:08-cr-00425-FCD
                                       )
                                       )   STIPULATION AND ORDER
11                       Plaintiff,    )   CONTINUING STATUS
                                       )   CONFERENCE
12       vs.                           )
                                       )   Date:  June 22, 2009
13  MICHELLE BUNFILL,                  )   Time:  10:00 am
                                       )   Hon. Frank C. Damrell, Jr.
14                       Defendant.    )

15  _____

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Robin Taylor, Assistant United States Attorney, attorney for Plaintiff;

18  and J. Patrick McCarthy, attorney for Michelle Bunfill, that the current Status

19  Conference for June 22, 2009 be vacated and a new date of July 27, 2009, at 10:00

20  a.m. be set for further status.

21       The continuance is requested  because Mr. McCarthy has not finished evaluating

22

23  all information made available to him.

24       It is further stipulated and agreed between the parties that the period beginning

25  June 22, 2009 to July 27, 2009, should be excluded in computing the time within which

Stipulation and Order– 1

1
2
3
4

the trial of the above criminal prosecution must commence for purposes of the  Speedy

Trial Act for defense preparation.  All parties stipulate and agree that this is an

appropriate exclusion of time within the meaning of Title 18, United States Code,

Section 3161(h)(8)(iv) (Local Code T4).

5

6    Date:  June 17, 2009                        Respectfully submitted,

7

8                                                             /s/  J. Patrick McCarthy
                                                              J. PATRICK McCARTHY,
9                                                             Attorney for Defendant Michelle Bunfill

10

11                                                           McGREGOR W. SCOTT
                                                             United States Attorney
12

13

14                                                           /s/ J. Patrick McCarthy for Robin Taylor
                                                             ROBIN TAYLOR, Assistant U.S. Attorney

15

16           **IT IS SO ORDERED.**

17

18    Dated:  June 17, 2009

19

20                                                           FRANK C. DAMRELL, JR.
                                                             UNITED STATES DISTRICT JUDGE

21

22

23

24

25