J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:08-cr-00425-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| ) | |
| vs. ) | |
| ) | Date:  July 27,, 2009 |
| MICHELLE BUNFILL, ) | Time:  10:00 am |
| ) | Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Robin Taylor, Assistant United States Attorney, attorney for Plaintiff; and J. Patrick McCarthy, attorney for Michelle Bunfill, that the current Status Conference for July 27, 2009 be vacated and a new date of September 21,  2009 at 10:00 a.m. be set for further status.

The continuance is requested  because Mr. McCarthy has not finished evaluating all information made available to him.

It is further stipulated and agreed between the parties that the period beginning July 27, 2009  to September 21, 2009, should be excluded in computing the time within

which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Date:  July 24, 2009          Respectfully submitted,

/s/  J. Patrick McCarthy
J. PATRICK McCARTHY,
Attorney for Defendant Michelle Bunfill

McGREGOR W. SCOTT
United States Attorney

/s/ J. Patrick McCarthy for Robin Taylor
ROBIN TAYLOR, Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  July 24, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE