LAWRENCE G. BROWN
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00425 FCD |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHELLE SUZANNE BUNFILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Michelle Suzanne Bunfill, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2323(b)[1], defendant Michelle Suzanne Bunfill's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a.  Approximately 8 Chanel handbags,
      b.  Approximately 10 Chanel wallets,

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008.  The Indictment and Plea Agreement contain reference to forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), which has been amended.

```
 1          c.     Approximately 29 Coach handbags,
            d.     Approximately 44 Coach wallets,
 2          e.     Approximately 1 Coach watch,
            f.     Approximately 28 Gucci handbags,
 3          g.     Approximately 31 Gucci wallets,
            h.     Approximately 1 Gucci watch,
 4          i.     Approximately 3 Kate Spade handbags,
            j.     Approximately 1 Louis Vuitton belt,
 5          k.     Approximately 6 Louis Vuitton coin purses,
            l.     Approximately 1 Louis Vuitton handbag,
 6          m.     Approximately 1 Louis Vuitton key chain,
            n.     Approximately 2 pairs of Louis Vuitton sandals,
 7          o.     Approximately 22 Prada handbags,
            p.     Approximately 14 Tiffany & Co. bracelets,
 8          q.     Approximately 2 pairs of Tiffany & Co. earrings,
            r.     Approximately 5 Tiffany & Co. Necklaces,
 9          s.     Approximately 2 pairs Armani sunglasses,
            t.     Approximately 4 Bebe key chains,
10          u.     Approximately 1 pair of Bebe sunglasses,
            v.     Approximately 21 pairs of Chanel earrings,
11          w.     Approximately 18 pairs of Chanel sunglasses,
            x.     Approximately 3 pair of Christian Dior sunglasses,
12          y.     Approximately 9 Coach key chains,
            z.     Approximately 21 Coach sunglasses,
13          aa.    Approximately 1 Coach watch,
            bb.    Approximately 12 pairs of Dolce & Gabbana
14                 sunglasses,
            cc.    Approximately 1 Fendi duffle bag,
15          dd.    Approximately 3 pairs of Fendi sunglasses,
            ee.    Approximately 5 Fendi wallets,
16          ff.    Approximately 7 Gucci handbags,
            gg.    Approximately 23 pairs of Gucci sunglasses,
17          hh.    Approximately 1 Juicy Couture handbag,
            ii.    Approximately 4 Kate Spade handbags,
18          jj.    Approximately 4 Louis Vuitton key chains,
            kk.    Approximately 3 Louis Vuitton pens,
19          ll.    Approximately 7 pairs of Louis Vuitton sunglasses,
            mm.    Approximately 14 Prada handbags,
20          nn.    Approximately 4 pair of Prada sunglasses,
            oo.    Approximately 5 pair of Versace sunglasses,
21          pp.    Approximately 1 Chanel handbag,
            qq.    Approximately 13 Coach handbags,
22          rr.    Approximately 1 Dolce & Gabbana handbag,
            ss.    Approximately 5 Gucci handbags,
23          tt.    Approximately 4 Gucci wallets,
            uu.    Approximately 2 Kate Spade handbags,
24          vv.    Approximately 1 Louis Vuitton duffle bag,
            ww.    Approximately 5 Prada handbags,
25          xx.    Approximately 1 Louis Vuitton check book,
            yy.    Approximately 1 Louis Vuitton fanny pack,
26          zz.    Approximately 2 Louis Vuitton handbags,
            aaa.   Approximately 3 Louis Vuitton wallets,
27          bbb.   Approximately 1 Burberry handbag,
            ccc.   Approximately 2 Chanel handbags,
28          ddd.   Approximately 3 Chanel wallets,
```

```
             eee.  Approximately 1 Christian Dior handbag,
             fff.  Approximately 9 Coach handbags,
             ggg.  Approximately 1 Gucci handbag,
             hhh.  Approximately 7 Gucci wallets,
             iii.  Approximately 2 Kate Spade handbags,
             jjj.  Approximately 1 Prada wallet,
             kkk.  Approximately 1 Louis Vuitton make-up case,
             lll.  Approximately 2 Louis Vuitton wallets,
             mmm.  Approximately 1 Tod's handbag,
             nnn.  Approximately 7 Chanel handbags,
             ooo.  Approximately 1 pair Chanel sunglasses,
             ppp.  Approximately 1 Chanel wallet,
             qqq.  Approximately 15 Coach handbags,
             rrr.  Approximately 48 Coach make-up bags,
             sss.  Approximately 15 Coach wallets,
             ttt.  Approximately 3 Dolce & Gabbana handbags,
             uuu.  Approximately 1 Fendi wallet,
             vvv.  Approximately 7 Gucci handbags,
             www.  Approximately 3 Gucci wallets,
             xxx.  Approximately 1 Louis Vuitton handbag,
             yyy.  Approximately 1 Louis Vuitton wallet,
             zzz.  Approximately 10 Prada handbags, and
             aaaa. Approximately 2 Prada wallets.
```

2. The above-listed property constitutes property used, in any manner or part, to commit or to facilitate the commission of a violation of 18 U.S.C. § 2320(a). Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, U.S. Secret Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Secretary of the Department of Homeland Security's (or a designee's) intent to dispose of the property in such manner as

1  the Attorney General may direct shall be posted for at least 30
2  consecutive days on the official internet government forfeiture site
3  www.forfeiture.gov.  The United States may also, to the extent
4  practicable, provide direct written notice to any person known to
5  have alleged an interest in the property that is the subject of the
6  order of forfeiture as a substitute for published notice as to those
7  persons so notified.
8          b.  This notice shall state that any person, other than
9  the defendant, asserting a legal interest in the above-listed
10 property, must file a petition with the Court within sixty (60) days
11 from the first day of publication of the Notice of Forfeiture posted
12 on the official government forfeiture site, or within thirty (30)
13 days from receipt of direct written notice, whichever is earlier.
14      5.  If a petition is timely filed, upon adjudication of all
15 third-party interests, if any, this Court will enter a Final
16 Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all
17 interests will be addressed.
18      SO ORDERED this 29th day of October, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE