```
BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHELLE BUNFILL,<br>          Defendant. | 2:08-CR-00425 FCD<br><br>STIPULATION AND ORDER CONTINUING<br>JUDGMENT AND SENTENCING HEARING<br><br>Time: 10:00 a.m.<br>Date: December 14, 2009<br>Court: Hon. Frank C. Damrell, Jr. |

It is hereby respectfully requested, by agreement of the parties, that the Judgment and Sentencing hearing currently set for November 30, 2009, be continued to December 14, 2009.

```
                                   BENJAMIN B. WAGNER
                                   United States Attorney

DATED: November 24, 2009           /s/ Robin R. Taylor
                                   By: ROBIN R. TAYLOR
                                   Assistant United States Attorney
```

///

///

1

DATED: November 24, 2009          /S/ J. Patrick McCarthy
                                  By: J. PATRICK McCARTHY
                                  Attorney for the Defendant Michelle
                                  Bunfill

**ORDER**

IT IS SO ORDERED.

DATED: November 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE