```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-00425 FCD |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| MICHELLE SUZANNE BUNFILL, ) | |
| Defendant. ) | |

WHEREAS, on October 30, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b) based upon the plea agreement entered into between plaintiff and defendant Michelle Suzanne Bunfill forfeiting to the United States the following property:

```
        a.    Approximately 8 Chanel handbags,
        b.    Approximately 10 Chanel wallets,
        c.    Approximately 29 Coach handbags,
        d.    Approximately 44 Coach wallets,
        e.    Approximately 1 Coach watch,
        f.    Approximately 28 Gucci handbags,
        g.    Approximately 31 Gucci wallets,
        h.    Approximately 1 Gucci watch,
        i.    Approximately 3 Kate Spade handbags,
        j.    Approximately 1 Louis Vuitton belt,
        k.    Approximately 6 Louis Vuitton coin purses,
        l.    Approximately 1 Louis Vuitton handbag,
        m.    Approximately 1 Louis Vuitton key chain,
```

```
         n.    Approximately 2 pairs of Louis Vuitton sandals,
         o.    Approximately 22 Prada handbags,
         p.    Approximately 14 Tiffany & Co. bracelets,
         q.    Approximately 2 pairs of Tiffany & Co. earrings,
         r.    Approximately 5 Tiffany & Co. Necklaces,
         s.    Approximately 2 pairs Armani sunglasses,
         t.    Approximately 4 Bebe key chains,
         u.    Approximately 1 pair of Bebe sunglasses,
         v.    Approximately 21 pairs of Chanel earrings,
         w.    Approximately 18 pairs of Chanel sunglasses,
         x.    Approximately 3 pair of Christian Dior sunglasses,
         y.    Approximately 9 Coach key chains,
         z.    Approximately 21 Coach sunglasses,
         aa.   Approximately 1 Coach watch,
         bb.   Approximately 12 pairs of Dolce & Gabbana sunglasses,
         cc.   Approximately 1 Fendi duffle bag,
         dd.   Approximately 3 pairs of Fendi sunglasses,
         ee.   Approximately 5 Fendi wallets,
         ff.   Approximately 7 Gucci handbags,
         gg.   Approximately 23 pairs of Gucci sunglasses,
         hh.   Approximately 1 Juicy Couture handbag,
         ii.   Approximately 4 Kate Spade handbags,
         jj.   Approximately 4 Louis Vuitton key chains,
         kk.   Approximately 3 Louis Vuitton pens,
         ll.   Approximately 7 pairs of Louis Vuitton sunglasses,
         mm.   Approximately 14 Prada handbags,
         nn.   Approximately 4 pair of Prada sunglasses,
         oo.   Approximately 5 pair of Versace sunglasses,
         pp.   Approximately 1 Chanel handbag,
         qq.   Approximately 13 Coach handbags,
         rr.   Approximately 1 Dolce & Gabbana handbag,
         ss.   Approximately 5 Gucci handbags,
         tt.   Approximately 4 Gucci wallets,
         uu.   Approximately 2 Kate Spade handbags,
         vv.   Approximately 1 Louis Vuitton duffle bag,
         ww.   Approximately 5 Prada handbags,
         xx.   Approximately 1 Louis Vuitton check book,
         yy.   Approximately 1 Louis Vuitton fanny pack,
         zz.   Approximately 2 Louis Vuitton handbags,
         aaa.  Approximately 3 Louis Vuitton wallets,
         bbb.  Approximately 1 Burberry handbag,
         ccc.  Approximately 2 Chanel handbags,
         ddd.  Approximately 3 Chanel wallets,
         eee.  Approximately 1 Christian Dior handbag,
         fff.  Approximately 9 Coach handbags,
         ggg.  Approximately 1 Gucci handbag,
         hhh.  Approximately 7 Gucci wallets,
         iii.  Approximately 2 Kate Spade handbags,
         jjj.  Approximately 1 Prada wallet,
         kkk.  Approximately 1 Louis Vuitton make-up case,
         lll.  Approximately 2 Louis Vuitton wallets,
         mmm.  Approximately 1 Tod's handbag,
         nnn.  Approximately 7 Chanel handbags,
         ooo.  Approximately 1 pair Chanel sunglasses,
         ppp.  Approximately 1 Chanel wallet,
```

```
            qqq.  Approximately 15 Coach handbags,
            rrr.  Approximately 48 Coach make-up bags,
            sss.  Approximately 15 Coach wallets,
            ttt.  Approximately 3 Dolce & Gabbana handbags,
            uuu.  Approximately 1 Fendi wallet,
            vvv.  Approximately 7 Gucci handbags,
            www.  Approximately 3 Gucci wallets,
            xxx.  Approximately 1 Louis Vuitton handbag,
            yyy.  Approximately 1 Louis Vuitton wallet,
            zzz.  Approximately 10 Prada handbags, and
            aaaa. Approximately 2 Prada wallets.
```

AND WHEREAS, beginning on November 27, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Michelle Suzanne Bunfill.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

///

///

///

3.   The Department of Homeland Security, U.S. Secret Service, shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 8th day of March, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE